IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOLOCHIP CORPORATION, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. 2:24-CV-00756-JRG | |
| § | (LEAD CASE) | |
| VARJO TECHNOLOGIES OY, § | | |
| § | | |
| *Defendant.* § | | |
| HOLOCHIP CORPORATION, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. 2:24-CV-00755-JRG | |
| § | (MEMBER CASE) | |
| HONEYWELL INTERNATIONAL INC., § | | |
| § | | |
| *Defendant.* § | | |

**ORDER**

Before the Court is the Joint Motion to Dismiss in Part Only with Respect to Defendant Honeywell International Inc. (the "Motion") filed by Plaintiff Holochip Corporation ("Plaintiff") and Defendant Honeywell International Inc. ("Defendant") (collectively, the "Parties").  (Dkt. No. 49.)  In the Motion, the Parties jointly move to dismiss all claims, counterclaims, and defenses in Member Case No. 2:24-CV-00755-JRG with prejudice.  (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, all claims, counterclaims, and defenses in Member Case No. 2:24-CV-00755-JRG are **DISMISSED WITH PREJUDICE**.  Each Party shall bear its own attorneys' fees, costs of courts and expenses.  All pending requests for relief in Member Case No. 2:24-CV-00755-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:24-CV-00755-JRG, but to **MAINTAIN AS OPEN** Lead Case No. 2:24-CV-00756-JRG as parties and claims remain.

**So ORDERED and SIGNED this 27th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE