IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOLOCHIP CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00756-JRG |
| | § | |
| VARJO TECHNOLOGIES OY, | § | |
| | § | |
| *Defendant*. | § | |

## CLAIM CONSTRUCTION ORDER

Plaintiff Holochip Corporation ("Plaintiff") alleges that Defendant Varjo Technologies Oy ("Defendant") (together with Plaintiff, the "Parties") infringes certain claims of U.S. Patent No. 7,646,544; U.S. Patent No. 8,064,142; and U.S. Patent No. 8,605,361 (the "Asserted Patents"). (*See* Dkt. No. 1 ¶ 12). Generally, the Asserted Patents each relate to fluidic optical devices. (*See Id*. ¶ 13).

On August 22, 2025, the Parties filed the Joint Notice Regarding Claim Construction Proceedings (the "Notice"). (Dkt. No. 53). In the Notice, the Parties jointly and unequivocally represent that they do not require further claim construction proceedings and "request that the Court enter a claim construction order giving each claim term their plain and ordinary meaning in this Action." (*Id*. at 1–2). The Parties therefore do not dispute any terms of the Asserted Patents.

Having considered the Notice, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that each claim term in the Asserted Patents shall be given its plain and ordinary meaning as understood by a person of ordinary skill in the art. In reliance on the Parties' express representations, the Court directs the Parties not to submit any claim term disputes for the Court's consideration without prior leave and a clear showing as to why the Parties' representations are no longer reliable or trustworthy.

The Court further **ORDERS** the Parties not to refer, directly or indirectly, to their own or any other Party's claim-construction positions in the presence of the jury. Likewise, the Court **ORDERS** the Parties to refrain from mentioning any part of this Order, other than the actual positions (of plain and ordinary meaning) adopted by the Court in the presence of the jury. Neither Party may take a position before the jury that contradicts this opinion in any way. Any reference to claim construction proceedings is limited to only informing the jury as to the constructions adopted by the Court herein.

**So ORDERED and SIGNED this 6th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE